IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | CHRISTINA CHRIST, | § § § | |
| | Plaintiff, | § § | Civil Action No. 13-CV-00478-JHP-TLW |
| v. | | § § | (Tulsa County District Court |
| (1) | GOLDEN RULE INSURANCE COMPANY, | § § § § | Case No. CJ-2013-02925) |
| | Defendant. | § | |

## NOTICE OF REMOVAL

Defendant Golden Rule Insurance Company, for the purpose only of removing this cause to the United States District Court for the Northern District of Oklahoma, states:

1. **State Court Action**. This is an action filed by Plaintiff on June 21, 2013, in the District Court in and for Tulsa County, State of Oklahoma, being numbered CJ-2013-02925 on the docket of said court, and being a suit by Plaintiff essentially to recover benefits under a health insurance policy (the "Policy"), plus extra-contractual damages.

2. **Diversity of Citizenship**. This action is removable under 28 U.S.C. § 1441. Plaintiff is a citizen of Oklahoma. Defendant is an Indiana corporation with its principal place of business in Indianapolis, Indiana. [*See* Declaration attached as Exhibit "A."] Therefore, Plaintiff is a citizen of Oklahoma, and Defendant is a citizen of Indiana for removal and diversity purposes. There is complete diversity of citizenship between Plaintiff and Defendant at the time of filing suit and at the time of removal.

3. **Amount in Controversy.** The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff seeks to recover from Defendant actual damages in excess of $10,000.00 and punitive damages in excess of $10,000.00 (Petition, Count I, prayer). *See* 23 Okla. St. Ann. § 9.1 (punitive damage amount may exceed $100,000.00); *Plummer v. Farmers Group, Inc.*, 388 F.Supp. 2d 1310 (E.D. Okla. 2005) (a punitive damage claim stated in the petition in excess of $10,000.00 could result in damages of $100,000.00 or more, thereby showing by a preponderance of the evidence that the amount in controversy based on the face of the petition and notice of removal exceeds jurisdictional amounts). Plaintiff's petition also seeks to recover attorneys' fees and equitable relief, which must also be considered in determining the amount in controversy. *See Justice v. Atchison, Topeka and Santa Fe Ry. Co.*, 927 F.2d 503 (10th Cir. 1991); *see also In re General Motors Corp.*, 2005 WL 1606445, at *4, n. 8 (W.D. Okla. July 6, 2005). Prior to the filing of suit, Plaintiff sent a pre-suit settlement demand to Defendant seeking $750,000.00 in damages (*see* Exhibit "B" attached hereto). This demand letter is relevant evidence of the amount in controversy. *See McPhail v. Deer & Co.*, 529 F.3d 947, 956 (10th Cir. 2008) (documents that demonstrate plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal, even though they cannot be used to support the ultimate amount of liability). Further, district courts in Oklahoma have held that demand letters satisfy the amount in controversy requirement. *See McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008) (holding a district court should consider a plaintiff's proposed settlement amount as relevant evidence of the amount in controversy); *Archer v. Kelly*, 271 F.Supp. 2d 1320, 1322-23

(N.D. Ok. 2003) ("A post-suit written settlement demand may also be considered an 'other paper' for purposes of § 1446(b)"); *see also Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) (plaintiff's proposed settlement amount is relevant evidence of the amount in controversy); *Carnahan v. Southern Pacific Railroad Transportation Co.*, 914 F.Supp. 1430, 1431-2 (E.D. Tex. 1995) (settlement letters are compelling evidence of the amount in controversy); *see also Fairchild v. State Farm Auto. Ins. Co.*, 907 F.Supp. 969, 971 (M.D. La. 1995) (settlement letter is valuable evidence to indicate the amount in controversy at time of removal).

4. **Removal is Timely.** Defendant was served with process on July 3, 2013. [*See* Exhibit "C."] Therefore, removal is timely under 28 U.S.C. § 1446(b).

5. **State Court Documents Attached.** Attached hereto are copies of all process, pleadings, and orders served on Defendant in the state court action, including a copy of the state court docket sheet. [*See* Exhibit "D."]

6. **Notice.** Defendant will give notice of filing of the Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d) and will file with the state court a notice of filing this Notice of Removal.

7. **Prayer.** Wherefore, Defendant prays that the United States District Court for the Northern District of Oklahoma accept this Notice of Removal and that it assume jurisdiction of this cause and that it issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Page 4

Dated: July 31, 2013                Respectfully submitted,

By: s/Christopher A. Barrow
    Christopher A. Barrow
    Oklahoma Bar No. 20027
    cbarrow@barrowgrimm.com

**BARROW & GRIMM**
110 West 7th Street, Suite 900
Tulsa, Oklahoma 74119-1044
Telephone (918) 584-1600
Facsimile (918) 585-2444

Andrew G. Jubinsky, *pro hac vice* to be filed
Texas Bar No. 11043000
andy.jubinsky@figdav.com
**FIGARI & DAVENPORT, L.L.P.**
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

I further certify that on the 31st day of July, 2013, I served a true and correct copy of the above and foregoing instrument by certified mail, return receipt requested, with proper postage fully prepaid thereon, on the following, who is/are not (a) registered participant(s) of the ECF System:

Tod S. Mercer
Mercer Law Firm, P.C.
500 East Choctaw Avenue
McAlester, OK 74501

s/Christopher A. Barrow
Christopher A. Barrow

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   CHRISTINA CHRIST, | § § § | |
| Plaintiff, | § § | Civil Action No. _____ |
| v. | § | |
| (1)   GOLDEN RULE INSURANCE COMPANY, | § § § § | (Tulsa County District Court Case No. CJ-2013-02925) |
| Defendant. | § | |

## DECLARATION

1. My name is **Margaret Gaskey**. I am currently employed as a **Director of Claims** by Golden Rule Insurance Company ("Golden Rule"). I have personal knowledge of the statements set forth herein, and they are true and correct.

2. Golden Rule is an Indiana corporation, incorporated under the laws of the State of Indiana, with its principal place of business in Indianapolis, Indiana.

3. At all relevant times hereto, both now and at the time the lawsuit was filed on June 21, 2013, Golden Rule was and is an Indiana corporation with its principal place of business in Indianapolis, Indiana.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

GOLDEN RULE INSURANCE COMPANY

By: *Margaret Gaskey*
Its: **Director of Claims**

EXHIBIT A

Declaration                                                                 Page 1

**Carroll, Adam**

| | |
|---|---|
| **From:** | Tod Mercer [tod@todmercerlaw.com] |
| **Sent:** | Thursday, July 18, 2013 4:08 PM |
| **To:** | Carroll, Adam |
| **Cc:** | Tod Mercer; christy@todmercerlaw.com |
| **Subject:** | RE: Christ v. Golden rule Settlement Offer (PRIVATE AND CONFIDENTIAL) |

July 18, 2013

SETTLEMENT OFFER – PRIVATE AND CONFIDENTIAL

Adam,

I just tried to call you then saw your email. To be honest, these cases do not seem to favor or result in many early settlements. However, I am always willing to attempt settlement with the knowledge that you are asking me to give up and forego discovery where I may find additional evidence of bad faith and/or evidence that may increase the value of my clients case. Additionally, I would be foregoing the opportunity to discover evidence that would increase the amount of any punitive damage claim. And, I would be giving up any opportunity to discover and prosecute a class action suit or other similar individual lawsuits if we were to discover that this is not an isolated event and rather a pattern and practice. In addition, if an early settlement is reached, the company will be saving thousands in litigation costs.

Most problematic is the fact that I am forced to advise my client that I cannot properly evaluate her case until I have reviewed the claim file and conducted opening depositions.

All that being said, my clients are interested in early settlement and avoiding litigation and do not want to foreclose any possibility of an early resolution. Accordingly, based upon the above factors, we are providing you with a demand of $750,000.00. This settlement offer and any counter-offers of settlement hereafter are hereby automatically withdrawn should the case not settle. Those prior settlement offers shall have no bearing or effect on future offers of settlement.

Obviously, your company, being one of the largest health insurers in the world, does not need for me to inform them about bad faith law here in Oklahoma and the possible down sides of the case for the company. We believe that this case will result in a jury trial. We anticipate that an Oklahoma jury will protect the interest of all Oklahomans to fair and good faith treatment due to a policyholder under Oklahoma law. A jury here will see that their verdict will enhance healthcare in Oklahoma for themselves and/or their own family members. We anticipate a potentially large punitive damage verdict to discourage such a major company from future similar conduct that may affect other Oklahomans.

EXHIBIT B

1

Please consider our settlement proposal and contact me as soon as possible with your response. If you need additional time to respond, we can agree to a new answer deadline. I look forward to hearing from you.

Tod Mercer
Attorney at Law


**CT Corporation**

**Service of Process Transmittal**
07/05/2013
CT Log Number 523056681

**TO:** Rebecca Thompson
UnitedHealth Group Incorporated (111504190770700600)
9900 Bren Road East, MN008-T700
Minnetonka, MN 55343

**RE:** Process Served in Oklahoma

**FOR:** GOLDEN RULE INSURANCE COMPANY (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Christina Christ, Pltf. vs. Golden Rule Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Petition |
| **COURT/AGENCY:** | Tulsa County District Court, OK<br>Case # CJ201302925 |
| **NATURE OF ACTION:** | Insurance Litigation - Breach of Contract and the Implied Covenant of Good Faith and Fair Dealing - Policy Benefits claim for medical service rendered - Seeking $10,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Oklahoma City, OK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/05/2013 postmarked on 07/03/2013 |
| **JURISDICTION SERVED :** | Oklahoma |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Tod S. Mercer<br>Mercer Law Firm, P.C.<br>500 East Choctaw Avenue<br>McAlester, OK 74501<br>918-420-5850 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/05/2013, Expected Purge Date: 08/04/2013<br>Image SOP<br>Email Notification, Administrative Assistant legalmail@uhc.com |
| **SIGNED:** | The Corporation Company |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 1833 South Morgan Road<br>Oklahoma City, OK 73128 |
| **TELEPHONE:** | 800-592-9023 |

EXHIBIT C

Page 1 of 1 / CM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | | |
|---|---|---|
| **GOVERNOR**<br>**MARY FALLIN** |  | **INSURANCE COMMISSIONER**<br>**JOHN D. DOAK** |

## INSURANCE COMMISSIONER
### State of Oklahoma

July    3, 2013

GOLDEN RULE INSURANCE COMPANY
7440 WOODLAND DRIVE
INDIANAPOLIS    IN  46278

RE: CJ1302925
    In the District Court in TULSA
    State of Oklahoma
    CHRISTINA CHRIST
            vs
    GOLDEN RULE INSURANCE COMPANY

Dear Sir or Madam:

Enclosed is a copy of the above captioned summons
served on the Insurance Commissioner as designated agent
for service of process of foreign insurance companies doing
business in the State of Oklahoma (36 O.S. section 621(B)).

Sincerely,

JOHN DOAK
Insurance Commissioner

*Maria Torres* (signature)
Maria Torres          Legal Department

dp/enclosure

THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY    OK    73128

# OSCN
## THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

**Home   Courts   Court Dockets   Legal Research   Calendar   Help**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| CHRISTINA CHRIST,<br>　　　Plaintiff,<br>v.<br>GOLDEN RULE<br>INSURANCE COMPANY,<br>　　　Defendant. | No. CJ-2013-2925<br>(Civil relief more than $10,000:<br>BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 06/21/2013<br><br>Judge: Kuehn, Dana |

## Parties

CHRIST, CHRISTINA NICOLE , Plaintiff
GOLDEN RULE INSURANCE COMPANY , Defendant

## Attorneys

**Attorney**
Mercer, Tod Soper(Bar # 14157)
MERCER & BELOTE
500 E. CHOCTAW AVE.
McALESTER, OK 74501

**Represented Parties**
CHRIST, CHRISTINA NICOLE

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed by: CHRIST, CHRISTINA NICOLE
Filed Date: 06/21/2013

**Party Name:**

**Disposition Information:**

**Defendant:** GOLDEN RULE INSURANCE COMPANY

Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date |
|---|---|---|---|---|---|

**EXHIBIT D**

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 06-21-2013 | TEXT | 1 | | 85838394 | Jun 21 2013 9:35:43:473AM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 06-21-2013 | CONTRACT | - | | 85838396 | Jun 21 2013 9:35:43:523AM | Realized | $ 0.00 |
| | BREACH OF AGREEMENT - CONTRACT | | | | | | |
| 06-21-2013 | DMFE | - | | 85838397 | Jun 21 2013 9:35:43:543AM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 06-21-2013 | PFE1 | - | | 85838398 | Jun 21 2013 10:52:09:253AM | Realized | $ 163.00 |
| | PETITION($ 163.00) 📄 Document Available (#1021486602) | | | | | | |
| 06-21-2013 | PFE7 | - | | 85838399 | Jun 21 2013 9:35:43:543AM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 06-21-2013 | OCISR | - | | 85838400 | Jun 21 2013 9:35:43:543AM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 06-21-2013 | CCADMIN02 | - | | 85838401 | Jun 21 2013 9:35:43:543AM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 06-21-2013 | OCJC | - | | 85838402 | Jun 21 2013 9:35:43:543AM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 06-21-2013 | OCASA | - | | 85838403 | Jun 21 2013 9:35:43:543AM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | |
| 06-21-2013 | CCADMIN04 | - | | 85838404 | Jun 21 2013 9:35:43:543AM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | |
| 06-21-2013 | LTF | - | | 85838405 | Jun 21 2013 9:35:43:673AM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 06-21-2013 | SMF | - | | 85838406 | Jun 21 2013 9:35:43:723AM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | |
| 06-21-2013 | SMIMA | - | | 85838407 | Jun 21 2013 9:35:43:763AM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | | |
| 06-21-2013 | TEXT | - | | 85838395 | Jun 21 2013 9:35:43:493AM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE KUEHN, DANA TO THIS CASE. | | | | | | |

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 06-21-2013 | ACCOUNT | - | | 85838441 | Jun 21 2013 9:36:48:143AM | - | $ 0.00 |

RECEIPT # 2013-2624893 ON 06/21/2013.
PAYOR:MERCER LAW FIRM PC TOTAL AMOUNT PAID: $218.70.
LINE ITEMS:
CJ-2013-2925: $168.00 ON AC01 CLERK FEES.
CJ-2013-2925: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2013-2925: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2013-2925: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2013-2925: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2013-2925: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2013-2925: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2013-2925: $10.00 ON AC81 LENGTHY TRIAL FUND.

| 07-08-2013 | S | - | | 85998783 | Jul 9 2013 9:00:33:860AM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED/SUMMONS CERTIFIED MAIL TO OKLAHOMA STATE INSURANCE/ ON 6-28-13/ STAMPED SIGNATURE ILLEGIBLE
📄 *Document Available (#1022343435)*

Report Generated by The Oklahoma Court Information System at July 31, 2013 10:34 AM

End of Transmission.



**DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA**

CHRISTINA CHRIST, )
)
    Plaintiff, )
)
v. ) No. CJ-2013-02925
)
GOLDEN RULE INSURANCE COMPANY, )
)
    Defendants. )

FILED JUN 21 2013
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

DANA LYNN KUEHN

## PETITION

COMES NOW the Plaintiff, Christina Christ, by and through her attorneys, Mercer Law Firm, P.C. and for her claims against the Defendants, Golden Rule Insurance Company, alleges and states:

### COUNT I:

### BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

1. The Plaintiff purchased a health insurance policy from Golden Rule ("the policy").

2. The policy provided for health insurance benefits.

3. While the policy was in force and Plaintiff was entitled to benefits, Plaintiff underwent a medical procedure.

4. Plaintiff's surgeon, Clark Bundren, M.D. submitted a claim for payment to Golden Rule.

5. Golden Rule denied payment for Plaintiff's medical bills arising out of the medical procedure.

1

6.  In its handling of this claim and as a matter of routine business practice in handling similar claims under these policies, Golden Rule Insurance Company breached its duty to deal fairly and act in good faith towards the Plaintiff.

7.  Defendant Golden Rule has acted intentionally and with malice toward Plaintiff and others, or has been guilty of reckless disregard for the rights of others, entitling Plaintiff to punitive damages.

8.  Plaintiff is entitled to recover punitive damages in order to deter Defendant and other similarly situated from future similar conduct and to punish the Defendant for its unacceptable misconduct.

WHEREFORE, Plaintiff prays for judgment against the Defendant, Golden Rule Insurance Company, in an amount in excess of $10,000.00 for actual damages and an amount in excess of $10,000.00 for punitive damages, with interest, costs, a reasonable attorney fee, and such other relief as may be just and equitable.

## COUNT II:

## BREACH OF CONTRACT

Plaintiff adopts all of the allegations above and for her second count against the Defendant, Golden Rule Insurance Company, alleges and states:

9.  Plaintiff and Defendant entered into a contract for insurance, the Policy.

10. The Defendant breached the contract by failing to pay Plaintiff benefits due under the policy.

11. As a direct result of Defendant's breach of contract, the Plaintiff has suffered damages.

12. The Plaintiff has been forced and compelled to hire an attorney to prosecute this action.

13. Plaintiff is entitled to recover her costs and attorney fees associated with this action.

WHEREFORE, Plaintiff prays for judgment against the Defendant, Golden Rule Insurance Company, in an amount in excess of $10,000.00 for actual damages, with interest, costs, a reasonable attorney fee and all other relief which the Court may deem just and equitable.

Respectfully submitted,

By: _____
Tod S. Mercer, OBA #14157
MERCER LAW FIRM, P.C.
500 East Choctaw Avenue
McAlester, Oklahoma 74501
(918) 420-5850 Telephone
(918) 420-5855 Facsimile
tod@todmercerlaw.com
*Attorney for Plaintiff*

**ATTORNEY'S LIEN CLAIMED.**

3




*1022343435*

## THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA

| | |
|---|---|
| CHRISTINA CHRIST, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: CJ-2013-02925 |
| | ) |
| GOLDEN RULE INSURANCE | ) |
| COMPANY, | ) |
| Defendants. | ) |

DISTRICT COURT
**FILED**
JUL 0 8 2013
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

### SUMMONS

TO THE ABOVE NAMED DEFENDANT: Golden Rule Insurance Company
C/o Ok State Insurance Commissioner
5 Corporate Plaza
3625 NW 56th, Suite 100
Oklahoma City, Oklahoma 73112-4511

You have been sued by the above named Plaintiff and you are directed to file a written Response to the attached Petition in the Office of the Court in the County named above within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for Plaintiff or the Plaintiff if not represented by an attorney.

Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the petition, with costs of the action.

Issued this 21 day of 6 _____, 2013.

Sally Howe Smith, Court Clerk
By: _____
Deputy Court Clerk

By: _____
Tod S. Mercer, #14157
MERCER LAW FIRM, P.C.
500 East Choctaw Avenue
McAlester, Oklahoma 74501
(918) 420-5850 Telephone
(918) 420-5855 Facsimile
*Attorney for Plaintiff*

YOU MAY SEEK ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR RESPONSES. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

This Summons AND Notice was served on this _____ day of _____, 2013.

_____
Name of Person Serving Summons

## CERTIFICATE OF SERVICE

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named Defendants at the address shown by certified mail, addressee only, return receipt requested, on the 26 day of June 2013, and receipt thereof on the date shown:

| Defendants | Address Where Served | Date Receipted |
|---|---|---|
| Golden Rule Insurance Company c/o OK State Insurance Commissioner 5 Corporate Plaza 3625 NW 56th, Suite 100 Oklahoma City, OK 73112-4511 | | 6-28-13 |

RECEIVED

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Oklahoma State Insurance
   Commissioner
   5 Corporate Plaza
   3625 NW 56th Street, Suite 100
   Oklahoma City, OK 73112-4511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  JUN 28 2013
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7012 3050 0001 6430 0442

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540