IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTINA CHRIST, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:13-cv-00478-JHP-TLW |
| GOLDEN RULE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties have advised the Court that the matters in controversy have been resolved, and accordingly they stipulate to the following:

ORDERED, ADJUDGED and DECREED that all claims asserted or assertable herein by Plaintiff against Defendant are hereby released and DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO STIPULATED.

**STIPULATED AND AGREED TO:**

By: /s/ *Tod S. Mercer*
    Tod S. Mercer
    Oklahoma Bar No. 14157

**MERCER LAW FIRM, P.C.**
500 East Choctaw Avenue
McAlester, OK  74501
Telephone:  (918) 420-5850
Facsimile:   (918) 420-5855

**ATTORNEY FOR PLAINTIFF CHRISTINA CHRIST**

By: /s/ *Ryan K. McComber*
    Andrew G. Jubinsky, *pro hac vice*
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com
    Ryan K. McComber, *pro hac vice*
    Texas Bar No. 24041428
    ryan.mccomber@figdav.com

**FIGARI & DAVENPORT, L.L.P.**
3400 Bank of America Plaza
901 Main Street
Dallas, Texas  75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

Christopher A. Barrow
OBA 20027
cbarrow@barrowgrimm.com
**BARROW & GRIMM**
110 West 7th Street, Suite 900
Tulsa, Oklahoma  74119-1044
Telephone:  (918) 584-1600
Facsimile:  (918) 585-2444

**ATTORNEYS FOR DEFENDANT GOLDEN RULE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all other will be served via certified mail, return receipt requested on the 9th day of October, 2014.

    /s/ *Ryan K. McComber*
    Ryan K. McComber